FILED
CLERK, U.S. DISTRICT COURT

MAR 19 2010

CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO.: 10-0584M |
|---|---|---|
| Plaintiff, | ) | ORDER OF DETENTION AFTER HEARING |
| v. | ) | [Fed.R.Crim.P. 32.1(a)(6); 18 U.S.C. 3143(a)] |
| RUBEN FRANCISCO MEZA, | ) | |
| Defendant. | ) | |

The defendant having been arrested in this district pursuant to a "no bail" warrant issued by the United States District Court for the Southern District of California for alleged violations of the terms and conditions of his supervised release; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A. (X) The defendant has not met his burden of establishing by clear and convincing evidence that he is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is

Deten[2].ord

1     based on the inadequacy of the bail resources presented;
2     and
3 B.  (X)  The defendant has not met his burden of establishing by
4     clear and convincing evidence that he is not likely to pose a
5     danger to the safety of any other person or the community if
6     released under 18 U.S.C. § 3142(b) or (c). This finding is
7     based on his extensive criminal history.
8     IT THEREFORE IS ORDERED that the defendant be detained pending
9 the further revocation proceedings.

11 DATED: March 19, 2010

*[signature: Margaret A. Nagle]*
MARGARET A. NAGLE
United States Magistrate Judge

Deten[2].ord     2